## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–0267. Roth, Blair, Roberts, Strasfeld & Lodge v. Wilkins.**
Board of Tax Appeals, No. 2004–M–1092.

**2006–0587. State ex rel. DeLany v. Indus. Comm.**
Franklin App. No. 05AP–281, 2006-Ohio-427.

**2006–0651. State ex rel. Tussing v. Indus. Comm.**
Franklin App. No. 05AP–178, 2006-Ohio-703.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *April 25, 2006*

[Cite as *04/25/2006 Case Announcements*, 2006-Ohio-2033.]

## MOTION AND PROCEDURAL RULINGS

**2005–1047. State v. Upshaw.**
Clark App. No. 05CA35. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Clark County. Upon consideration of appellant's motion for a warrant of removal to attend oral argument,

IT IS ORDERED by the court that the motion is denied.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *April 26, 2006*

[Cite as *04/26/2006 Case Announcements*, 2006-Ohio-1967.]

## MERIT DECISIONS WITHOUT OPINIONS

**2006–0235. Olynyk v. Andrish.**
Cuyahoga App. No. 86009, 2005-Ohio-6632. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.

MOYER, C.J., PFEIFER, O'CONNOR and LANZINGER, JJ., concur.
RESNICK, LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2006–0319. State ex rel. Schulz v. McCloskey.**
In Quo Warranto. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.
LANZINGER, J., not participating.

**2006–0323. State v. Stalnaker.**
Lake App. No. 2004–L–100, 2005-Ohio-7042. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.
RESNICK, J., dissents.

**2006–0407. State ex rel. Verizon Wireless v. Villanueva.**
In Prohibition. On respondent's motion to dismiss and motions for leave to intervene and to dismiss of Cindy Satterfield, Highland Speech Service, Inc., and Intermessage Communications. Motion for leave to intervene granted. Motions to dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, O'CONNOR and LANZINGER, JJ., concur.
LUNDBERG STRATTON, J., would deny the motions to dismiss and grant an alternative writ.
RESNICK and O'DONNELL, JJ., not participating.

**2006–0499. Klein v. Leis.**
In Habeas Corpus. On petition for writ of habeas corpus of Thomas Klein. Sua sponte, cause dismissed.